IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DEBBIE HEATHCOCK, Personal
Representative of the Estate of
Robert Heathcock                                                                PLAINTIFF

v.                          No. 2:22-cv-217-DPM

SPEED INTERMODAL; SRIKANTH
VANGALA; FREEDOM 1, LLC; RYDER
SYSTEM, INC.; DESHUN DEAN;
HERITAGE TRANSPORT, LLC; JOSH
JOHNSON; RIATA TRUCKING LLC;
CARLOS MARTINEZ; GLOBE
TRANSPORTATION, INC.; MUTHANNA
ALZAIDY; A&S BROTHERS, INC; and
JASPREET SINGH                                                                  DEFENDANTS

ORDER

Heathcock's motion for extension of time, *Doc. 34*, is granted with directions. The deadline for service on Carlos Martinez is 7 August 2023. If any future extensions are needed, Heathcock must provide full details on all attempts at service to establish the diligence required under Federal Rule of Civil Procedure 4(f). *Mapping Your Future, Inc. v. Mapping Your Future Services, Ltd.*, 266 F.R.D. 305, 308-09 (D.S.D. 2009).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2023