IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DEBBIE HEATHCOCK, Personal
Representative of the Estate of
Robert Heathcock                                                          PLAINTIFF

v.                              No. 2:22-cv-217-DPM

SPEED INTERMODAL; SRIKANTH
VANGALA; FREEDOM 1, LLC; RYDER
SYSTEM, INC.; DESHUN DEAN;
HERITAGE TRANSPORT, LLC; JOSH
JOHNSON; RIATA TRUCKING LLC;
CARLOS MARTINEZ; GLOBE
TRANSPORTATION, INC.; MUTHANNA
ALZAIDY; A&S BROTHERS, INC; and
JASPREET SINGH                                                          DEFENDANTS

ORDER

1. Robert Heathcock died after several large trucks collided with his vehicle. The representative of his estate brings several claims against the trucking companies and drivers involved in the accident. Heritage Transport, Josh Johnson, Speed Intermodal, and Srikanth Vangala move to dismiss the negligent hiring, negligent entrustment, and negligence per se claims against them. *Doc. 23 & 32*. Heathcock has not responded to those motions. Heathcock also moves for default judgment against Riata Trucking. *Doc. 31*.

2. The partial motions to dismiss, *Doc. 23 & 32*, are granted. Because Heritage Transport and Speed Intermodal have conceded vicarious liability for any negligent acts of their drivers, Heathcock can't bring a claim for negligent hiring, supervision, or training. *Elrod v. G & R Construction Co.*, 275 Ark. 151, 154, 628 S.W.2d 17, 18-19 (1982). And a violation of the law doesn't constitute negligence per se in Arkansas. *Young v. Dodson*, 239 Ark. 143, 388 S.W.2d 94, 98 (1965). Heathcock's claims for negligent hiring, negligent entrustment, and negligence per se against Heritage Transport, Josh Johnson, Speed Intermodal, and Srikanth Vangala are dismissed without prejudice.

3. Heathcock's motion for default judgment, *Doc. 31*, is denied without prejudice. Riata Trucking has not appeared in the case. But Heathcock did not seek a Clerk's default against Riata Trucking before moving for a default judgment. Fed. R. Civ. P. 55(a); *Johnson v. Dayton Electric Manufacturing Co.*, 140 F.3d 781, 783 (8th Cir. 1998).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 May 2023