IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DEBBIE HEATHCOCK, Personal
Representative of the Estate of
Robert Heathcock                                                              PLAINTIFF

v.                           No. 2:22-cv-217-DPM

SPEED INTERMODAL; SRIKANTH
VANGALA; FREEDOM 1, LLC; RYDER
SYSTEM, INC.; DESHUN DEAN;
HERITAGE TRANSPORT, LLC; JOSH
JOHNSON; MONARCHOS CARRIER, LLC;
CARLOS MARTINEZ; GLOBE
TRANSPORTATION, INC.; MUTHANNA
ALZAIDY; A&S BROTHERS, INC; and
JASPREET SINGH                                                              DEFENDANTS

ORDER

1.  The Court dismissed some of Heathcock's claims against Heritage Transport, Josh Johnson, Speed Intermodal, and Srikanth Vangala in May 2023 without prejudice. She has filed an amended complaint. Heritage Transport, Johnson, Monarchos Carrier, A&S Brothers, and Jaspreet Singh move to dismiss the negligent hiring, negligent entrustment, and negligence per se claims against them. *Doc. 47, 59 & 63*. Heathcock has not responded to these motions. The Court accepts the well-pleaded facts as true. *Trone Health Services, Inc. v. Express Scripts Holdings Co.*, 974 F.3d 845, 850 (8th Cir. 2020).

2. The partial motions to dismiss, *Doc. 47, 59 & 63*, are granted for the same reasons the Court granted the previous partial motions to dismiss. *Doc. 38*. Because Heritage Transport, Monarchos Carrier, and A&S Brothers have conceded vicarious liability for any negligent acts of their drivers, Heathcock can't bring a claim for negligent hiring, supervision, or training. *Elrod v. G & R Construction Co.*, 275 Ark. 151, 154, 628 S.W.2d 17, 18-19 (1982). And a violation of the law doesn't constitute negligence per se in Arkansas. *Young v. Dodson*, 239 Ark. 143, 388 S.W.2d 94, 98 (1965). Heathcock's claims for negligent hiring, negligent entrustment, and negligence per se against Heritage Transport, Josh Johnson, Monarchos Carrier, A&S Brothers, and Jaspreet Singh are dismissed without prejudice.

3. The Court previously granted Heathcock an extension of time to serve Carlos Martinez. *Doc. 35*. The docket shows no service on him. The Court will dismiss the claims against Martinez without prejudice unless Heathcock shows timely service or seeks some other relief by 8 September 2023.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 August 2023