# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

DEBBIE HEATHCOCK, Personal
Representative of the Estate of
Robert Heathcock                                                                PLAINTIFF

v.                              No. 2:22-cv-217-DPM

SPEED INTERMODAL; SRIKANTH
VANGALA; FREEDOM 1, LLC; RYDER
SYSTEM, INC.; DESHUN DEAN;
HERITAGE TRANSPORT, LLC; JOSH
JOHNSON; RIATA TRUCKING, LLC;
MONARCHOS CARRIER, LLC;
CARLOS MARTINEZ; GLOBE
TRANSPORTATION, INC.; MUTHANNA
ALZAIDY; A&S BROTHERS, INC;
JASPREET SINGH; and ZERO ONE
TRANS, LLC                                                                       DEFENDANTS

## JUDGMENT

1. Heathcock's claims against Carlos Martinez are dismissed without prejudice.

2. Heathcock's negligent hiring, negligent entrustment, and negligence per se claims against Heritage Transport, LLC, Josh Johnson, Speed Intermodal, Srikanth Vangala, Monarchos Carrier, LLC, A&S Brothers, Inc., and Jaspreet Singh are dismissed without prejudice.

3. Heathcock's remaining claims are dismissed with prejudice.

**4.**     Muthanna Alzaidy's cross-claim against A&S Brothers, Inc., and Jaspreet Singh is dismissed with prejudice.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2024